**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an
amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | | |
|---|---|---|
| **1. Debtor's name** | Lauren Spencer-Smith | |

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)   ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ Other _____. Describe identifier _____.

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☑ Other  XXX-XXX-591_____. Describe identifier  Social Insurance Number_____.

**3. Name of foreign representative(s)**

Lauren Spencer-Smith

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Proceeding under Canada's Bankruptcy & Insolvency Act,
Court File No. VLC-S-B-260403

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor   <u>Lauren Spencer-Smith</u>
　　　　　Name

Case number *(if known)*_____

---

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

<u>Canada</u>

**Debtor's registered office:**

_____
Number　　　Street

_____
P.O. Box

_____
City　　　State/Province/Region　ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

<u>59 Lake Place</u>
Number　　　Street

_____
P.O. Box

<u>Nanaimo, BC V9T 5S1</u>
City　　　State/Province/Region　ZIP/Postal Code

<u>Canada</u>
Country

**Address of foreign representative(s):**

<u>59 Lake Place</u>
Number　　　Street

_____
P.O. Box

<u>Nanaimo, BC V9T 5S1</u>
City　　　State/Province/Region　ZIP/Postal Code

<u>Canada</u>
Country

---

**10. Debtor's website** (URL)

_____

---

**11. Type of debtor**

*Check one:*

❑   Non-individual (*check one*):

　　❑   Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　　❑   Partnership

　　❑   Other.  Specify: _____

☑   Individual

---

Debtor    Lauren Spencer-Smith
          Name
Case number (if known)_____

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ _____    Lauren Spencer-Smith
   Signature of foreign representative       Printed name

Executed on  07/20/2026
             _____
             MM / DD / YYYY

✖ _____    _____
   Signature of foreign representative       Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✖ /s/ Evan J. Zucker _____    Date  7/23/2026
   Signature of Attorney for foreign representative       MM / DD / YYYY

Evan J. Zucker
Printed name
Blank Rome LLP
Firm name
1271 Avenue of the Americas
Number      Street
New York _____    NY _____    10020
City                          State        ZIP Code

(212) 885-5000 _____    evan.zucker@blankrome.com
Contact phone                       Email address

EZ1910 _____    NY
Bar number                  State