Michael B. Schaedle
Evan J. Zucker
Jennifer K. Malow
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LAUREN SPENCER-SMITH,<br><br>        Debtor in a Foreign Proceeding. | Chapter 15<br>Case No. 26-11734 (pb) |

**AGENDA FOR HEARING TO BE HELD**
**JULY 24, 2026, AT 12:00 P.M. (PREVAILING EASTERN TIME)**

Date and Time of Hearing:   July 24, 2026, at 12:00 p.m. (Prevailing Eastern Time)

Location of Hearing:   Before the Honorable Philip Bentley, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The July 24, 2026 hearing (the "Hearing") will be conducted through Zoom for government. Parties wishing to register for the Hearing should use the eCourt Appearances link on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl no later than 8:00 p.m. (prevailing Eastern Time) one business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.

Copies of Motions:   Copies of each pleading identified below can be viewed and/or obtained by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

1

**AGENDA FOR JULY 24, 2026 HEARING**

**Matters to be Heard at July 24, 2026 Hearing:**

1.    **Provisional Relief Motion**: *Motion of Foreign Representative for Provisional Relief* [ECF No. 7].

    a.    No Responses.

    b.    Related Documents:

        i.    *Lists and Statements Filed Pursuant to Bankruptcy Rule 1007(a)(4)* [ECF No. 2].

        ii.    *Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceeding* [ECF No. 3].

        iii.    *Declaration of Lauren Spencer-Smith in Support of Verified Petition* [ECF No. 4].

        iv.    *Declaration of Lauren Spencer-Smith, Pursuant to 11 U.S.C. § 1515 and in Support of Verified Petition, Recognition Hearing, and Motion for Provisional Relief Pending Recognition of a Foreign Main Proceeding* [ECF No. 5].

        v.    *Declaration of Peter J. Reardon in Support of (I) Verified Chapter 15 Petition, (II) Motion of Foreign Representative for Provisional Relief, and (III) Related Relief* [ECF No. 6].

        vi.    *Notice of Hearing on Motion of Foreign Representative for Provisional Relief* [ECF No. 8].

        vii.    *Certificate of Service* [ECF No. 10].

    c.    **Status**: A proposed order has been filed and the matter is going forward at the Hearing.

2.    **Scheduling Recognition Hearing Application**: *Foreign Representative's Application for Order Scheduling Recognition Hearing and Specifying the Form and Manner of Service of Notice* [ECF No. 9].

    a.    No Responses.

    b.    **Status**: A proposed order has been filed and the matter is going forward at the Hearing.

Dated: New York, New York
July 23, 2026                                  BLANK ROME LLP

                                 By:      */s/ Evan J. Zucker*
                                          Michael B. Schaedle
                                          Evan J. Zucker
                                          Jennifer K. Malow (*pro hac vice* pending)
                                          BLANK ROME LLP
                                          1271 Avenue of the Americas
                                          New York, NY 10020
                                          Telephone: (212) 885-5000

                                 *Counsel to the Foreign Representative*