**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| ) | |
| Lauren Spencer-Smith, ) | Case No. 26-11734 (PB) |
| ) | |
| ) | |
| Debtor in a Foreign Proceeding.  ) | Re: ECF No. 9 |

-----------------------------------------------------------------x

**ORDER SCHEDULING RECOGNITION HEARING AND**
**SPECIFYING THE FORM AND MANNER OF SERVICE OF NOTICE**

Upon the motion (the "Motion")[1] of Lauren Spencer-Smith, as the debtor and foreign representative in her pending insolvency proceeding (the "Canadian Proceeding") under Canada's Bankruptcy and Insolvency Act (R.S.C. 1985, c. B-3 as amended) (the "BIA"), seeking entry of an order (this "Order"): (a) scheduling a hearing on the relief sought in the Petition, (b) setting the deadline by which any responses or objections to the Petition must be received, and (c) specifying the form and manner of service of notice of the hearing on the relief sought in the Petition; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501 and the Amended Standing Order; and that this Court may enter a final order consistent with Article III of the United States Constitution; venue being proper before the Court pursuant to 28 U.S.C. § 1410(1) and (3); it appearing that the relief requested in the Motion is necessary and beneficial to the Debtor; and after due deliberation and sufficient cause appearing therefor;

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

1

**ORDERED**, that a non-evidentiary hearing, pursuant to Local Bankruptcy Rule 9014-2, on the relief sought in the Petition (together with the evidentiary hearing, if any, the "Recognition Hearing") will be held in person on **September 16, 2026, at 10:00 a.m.**, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and it is further

**ORDERED**, that if the Court determines that an evidentiary hearing on the relief sought in the Petition is needed, the parties shall submit a Joint Pretrial Order prepared in accordance with this Court's chambers rules by no later than **September 23, 2026, at 12:00 p.m.**, and a final pretrial conference will be held via Zoom on **September 24, 2026, at 10:00 a.m.**; and it is further

**ORDERED**, that if the Court determines that an evidentiary hearing on the relief sought in the Petition is needed, that evidentiary hearing will be held in person on **September 29, 2026, at 10:00 a.m.**, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and it is further

**ORDERED**, that parties that wish to make a listen-only appearance at the September 16, 2026 hearing or the September 29, 2026 hearing need to make an eCourtAppearance through the Courts website, http://www.nysb.uscourts.gov/ecourt−appearances. The deadline to sign up to make an eCourtAppearance is 4:00 PM the business day before the hearing. After that deadline passes, chambers will use the emails provided through eCourtAppearances to send invitations for listen-only appearances; and it is further

**ORDERED**, that the form of notice of the Recognition Hearing in substantially the form attached hereto as **Exhibit 1** (the "Recognition Hearing Notice") is hereby approved, subject to its being revised to conform to the provisions of this Order; and it is further

**ORDERED**, that service of the Recognition Hearing Notice, the Petition and the documents filed in support thereof (collectively, the "Service Documents") in accordance with this Order is hereby approved as adequate and sufficient notice and service on all interested parties of the relief requested in the Petition and all objection deadlines related thereto. Notice provided in accordance with this Order satisfies the requirements of the Bankruptcy Code, the Bankruptcy Rules, including Bankruptcy Rules 2002(p) and (q), and the Local Rules. No other or further notice is required; and it is further

**ORDERED**, that prior to serving the Service Documents, in addition to conforming the provisions thereof to the provisions of this Order, the Foreign Representative may fill in any missing dates and other information, correct any typographical errors, and make such other and further changes as the Foreign Representative deems necessary or appropriate, provided that such changes do not materially abridge the substance of such notices; and it is further

**ORDERED**, that all notice requirements specified in section 1514(c) of the Bankruptcy Code not incorporated herein are otherwise waived; and it is further

**ORDERED**, that the Foreign Representative shall serve, or cause to be served, the Service Documents by electronic mail to the extent email addresses are available, or by United States or Canadian mail, first-class postage-prepaid, on parties on the Chapter 15 Notice Parties within three (3) business days following entry of this Order; and it is further

**ORDERED**, that in the event any party files a notice of appearance in this Chapter 15 Case subsequent to the Foreign Representative's initial service of the Service Documents as provided for in this Order, the Foreign Representative will serve, or cause to be served on such party, the Service Documents and any subsequent notices upon that party within three (3) business days of the filing of the notice of appearance, if such documents have not already been served on such

3

party (or its counsel). Subsequent notices shall be served in the form and manner set forth in this Order or as otherwise required by the Bankruptcy Code and Bankruptcy Rules; and it is further

**ORDERED**, that responses or objections, if any, to the Petition and the relief requested therein must (i) be in writing; (ii) detail the factual and legal basis for the response or objection; (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules; and (iv) be filed with the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004, and served upon the following counsel to the Foreign Representative so as to be received at least seven (7) days prior to the start of the Recognition Hearing: Blank Rome LLP, 1271 Avenue of the Americas, New York, NY 10020, Attn: Michael B. Schaedle (mike.schaedle@blankrome.com); Evan J. Zucker (evan.zucker@blankrome.com); and Jennifer K. Malow (jennifer.malow@blankrome.com); and it is further

**ORDERED**, that the Recognition Hearing may be adjourned from time to time without further notice other than a notice of adjournment filed on the docket of this Chapter 15 Case or an announcement in open court of the adjourned date or dates of such adjourned hearing; and it is further

**ORDERED**, that notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that the Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

4

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**SO ORDERED.**

Dated: New York, New York
July 27, 2026

 /s/ Philip Bentley
Hon. Philip Bentley
United States Bankruptcy Judge

**EXHIBIT 1**
Recognition Hearing Notice

Michael B. Schaedle
Evan J. Zucker
Jennifer K. Malow
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LAUREN SPENCER-SMITH,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br>Case No. 26-11734 (pb) |

**NOTICE OF RECOGNITION HEARING**
**ON FOREIGN RECOGNITION PROCEEDINGS**

**PLEASE TAKE NOTICE** that, on July 23, 2026, Lauren Spencer-Smith, in her capacity as the debtor and foreign representative (the "Foreign Representative") in her pending insolvency proceeding (the "Canadian Proceeding") under Canada's Bankruptcy and Insolvency Act (R.S.C. 1985, c. B-3 as amended) (the "BIA"), pending before the Supreme Court of British Columbia, Bankruptcy Division of Vancouver (the "Canadian Court"), filed, among other things, (a) a petition for recognition (the "Official Form Petition") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and (b) a *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding* (the "Verified Petition", and collectively with the Official Form Petition, the "Petition"), pursuant to sections 1504, 1515, and 1517 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Foreign Representative seeks entry of an order recognizing the Canadian Proceeding as a foreign main proceeding pursuant to section 1517 of title 11 of the Bankruptcy Code and granting certain additional relief pursuant to sections 105(a), 1507, 1510, 1515, and 1521 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing to consider the relief requested in the Petition (the "Recognition Hearing") for [●] [a./p.]m. (Eastern Time) on [●], 2026. The Recognition Hearing will be held before the Honorable Philip Bentley of the United States Bankruptcy Court for the Southern District of New York. The Recognition Hearing will be an evidentiary hearing at which witnesses may testify. Unless otherwise ordered by the Court,

7

parties in interest, their attorneys and witnesses must appear in person for the Recognition Hearing. Appearances must be entered no later than 4:00 p.m. (Eastern Time), the business day before the hearing.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Petition and the relief requested therein must: (i) be in writing; (ii) detail the factual and legal basis for the response or objection; (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"); and (iv) be filed with the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004, and served upon the following counsel to the Foreign Representative, **so as to be received at least seven (7) days prior to the start of the Recognition Hearing**: Blank Rome LLP, 1271 Avenue of the Americas, New York, NY 10020, Attn: Michael B. Schaedle (mike.schaedle@blankrome.com); Evan J. Zucker (evan.zucker@blankrome.com); and Jennifer K. Malow (jennifer.malow@blankrome.com).

**PLEASE TAKE FURTHER NOTICE**, that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Recognition Hearing of the adjourned date or dates or any further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Official Form Petition is attached hereto, along with: (i) the lists required to be filed with the Petition pursuant to Bankruptcy Rule 1007(a)(4); (ii) the Verified Petition; and (iii) the declarations in support of the Verified Petition (collectively the "Supporting Documents") and may also be obtained, along with other documents filed by the Foreign Representative, by visiting the Court's website at https://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's United States counsel, Blank Rome LLP, by email to Evan Zucker (Evan.Zucker@blankrome.com).

**PLEASE TAKE FURTHER NOTICE** that at such hearing the Court may order the scheduling of a case management conference to consider the efficient administration of this Chapter 15 Case.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Petition carefully and discuss it with your attorney, if you have one in connection with this Chapter 15 Case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative intends to raise issues pertaining to foreign law, specifically the BIA: (i) recognizing the Canadian Proceeding as a foreign main proceeding pursuant to chapter 15 of the Bankruptcy Code and the Foreign Representative as the foreign representative under sections 1509 and 1517 of the Bankruptcy Code; (ii) granting automatic relief pursuant to section 1520 of the Bankruptcy Code; (iii) granting other and additional relief pursuant to sections 1507 and 1521(a) and (b) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the recognition and relief requested by the Foreign Representative without further notice.

Dated: New York, New York
      July 23, 2026

**BLANK ROME LLP**

By:   */s/ Evan J. Zucker*
      Michael B. Schaedle
      Evan J. Zucker
      Jennifer K. Malow (*pro hac vice* pending)
      BLANK ROME LLP
      1271 Avenue of the Americas
      New York, NY 10020
      Telephone: (212) 885-5000

*Counsel to the Foreign Representative*